IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MICHAEL P. MCGILL**                                                                                          **PLAINTIFF**

V.                                         CASE NO. 2:25-CV-2100

**GOVERNOR SARAH HUCKABEE SANDERS,**
Governor of Arkansas; **GEORGE McGILL,**
Mayor of Ft. Smith Arkansas; **CALEB WARD,**
Attorney at Law; **R. GUNNER DELAY,**
Circuit Court Judge Sebastian County;
**ERIN ALLISON,** Prosecutor Sebastian County;
**DAN SHUE,** Prosecutor Sebastian County;
**SUSIE HASSKETT,** Sebastian County Court Clerk;
**TIM GRIFFEN,** Attorney General for Arkansas;
**CHRISTIAN SCHERRY,** Public Defender; and
**ERNIE WITT,** Attorney at Law                                                                  **DEFENDANTS**

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. 6) by United States Magistrate Judge Mark E. Ford, recommending that Plaintiff Michael P. McGill's Complaint (Doc. 1) be dismissed without prejudice on preservice screening under 28 U.S.C. § 1915A for failure to state a claim on which relief can be granted. Mr. McGill has filed Objections (Doc. 7) to the R&R, and the Court has reviewed the entire case file *de novo*.

Mr. McGill asserts eight separate claims in his Complaint. The R&R explains why nearly all claims are barred by the doctrine announced in *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). However, the Magistrate Judge notes that *Heck* may not bar Claims 1, 2, and 6. In the R&R, the Magistrate Judge carefully explained why these three claims, which assert violations of 42 U.S.C. § 1983, must also be dismissed. The Court agrees with the R&R that the Defendants named in these three claims are a judge who is entitled

1

to judicial immunity, a private attorney who is not alleged to have acted under color of state law, and two state prosecutors and a state court clerk who are also entitled to immunity. Mr. McGill's Objections fail to engage with the R&R's discussion of the various immunity doctrines applicable here. Accordingly, the Objections are without merit and are **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 6) is **ADOPTED IN ITS ENTIRETY**, the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, and Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). **Thus, the Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration.**

**IT IS SO ORDERED** on this 10th day of November, 2025.

*/s/ Timothy L. Brooks*
_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE